IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV361-01-MU

| | |
|---|---|
| RODNEY LAWRENCE GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| GARY M. CLARK, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Appointment of Counsel, filed September 16, 2005.

Plaintiff has filed a motion requesting that the Court appoint him counsel to assist him with his case. Plaintiff's case was dismissed on September 29, 2005. His motion for appointment of counsel is therefore moot.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion for Appointment of Counsel is **DENIED**.

**Signed: September 30, 2005**

Graham C. Mullen
Chief United States District Judge